UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BECKY G. HAGGARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:12-cv-1263- SEB-TAB |
| vs. ) | |
| ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of the Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court, having reviewed the Magistrate Judge's Report and Recommendation at Docket No. 27 and observing that no party objected to it within the time permitted under 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), finds that said Report and Recommendation is sound and well-reasoned and adopts it as the ruling of this Court.

Accordingly, the Commissioner's decision denying Plaintiff's application for disability insurance benefits and supplemental security income is AFFIRMED.

Date: 12/05/2013

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov

BECKY G. HAGGARD
P.O. Box 1183
Martinsville, IN 46151